

**THE LAW OFFICES OF**
**JAMES E. CRAWFORD, JR.**
AND ASSOCIATES, LLC

| | |
|---|---|
| James E. Crawford, Jr., Esquire<br>justicejec@comcast.net | William F. Alcarese, Jr., Esquire<br>bill@jamescrawfordlaw.com |
| Zachery G. Groves, Esquire<br>zack@jamescrawfordlaw.com | Brooke E. Irving, Esquire<br>brooke@jamescrawfordlaw.com |
| Steven D. Shemenski, Esquire<br>steve@jamescrawfordlaw.com | Dawn M. Basso, Office Manager<br>dawn@jamescrawfordlaw.com |

August 29, 2014

United States District Court for Maryland
US Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    RE: *United States vs. Edward Kermit Richards, III*
          Case No.: 1:14-mj-01769-SAG

Dear Clerk:

Please find enclosed the following documents regarding the above-captioned case to be filed accordingly:

    1. Request for Detention Hearing

If you have any questions, please do not hesitate to contact me directly. Thank you. I remain,

                              Very truly yours,

                              JAMES E. CRAWFORD, JR., ESQUIRE

JECJr/dmb
cc:    Office of the United State's Attorney
Enclosures

| | | |
|---|---|---|
| STATE OF MARYLAND | * | IN THE |
| vs. | * | UNITED STATES |
| EDWARD K. RICHARDS, III. | * | DISTRICT COURT |
| Defendant | * | FOR MARYLAND |
| | * | Case No. **1:14-mj-01769-SAG** |

\* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR DETENTION HEARING

**NOW COMES**, the Defendant, Edward K. Richards, III., by and through his attorney, James E. Crawford, Jr., and the Law Offices of James Crawford, Jr., and Associates, and respectfully states unto this Honorable Court as follows:

1. That he is the Defendant named in the above entitled proceedings.

2. That he is currently in the custody of the United States Marshall.

3. That on or about August 11, 2014, the Defendant had a Detention Hearing and the Detention Hearing was denied.

4. That the Defendant has an unusual amount of medical issues that necessitates his release and or release on confinement. Without the proper medical treatment the Defendant could suffer severe and permanent medical disabilities and possibly life threatening issues.

5. That the Defendant has an Arraignment scheduled for September 4, 2014 @ 10:00 a.m. in this Honorable Court. The Defendant is hopeful that said Detention Hearing case be scheduled that same date and time.

6. That the Defendant desires to effectuate his release on house arrest with GPS monitoring and believes that he would be a fit subject for such release.

Law Office of
James E. Crawford Jr.
& Associates, L.L.C.
1435 Sulphur Spring Road
Baltimore, Maryland 21227
(443) 709 – 9999
Fax (443) 919 - 4207

WHEREFORE, the Defendant respectfully requests:

a. That this Honorable Court release the Defendant on house arrest with GPS monitoring;

b. In the alternative the Defendant be released on his own recognizance;

c. And for such other and further relief as the nature of this case may require.

_____
JAMES E. CRAWFORD, JR., ESQUIRE
1435 Sulphur Spring Road
Arbutus, Maryland 21227
(443) 709-9999
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29TH day of August, 2014, a copy of the foregoing Entry of Appearance was sent via email, to the Office of the United State's Attorney.

_____
JAMES E. CRAWFORD, JR., ESQUIRE

Law Office of
James E. Crawford Jr.
& Associates, L.L.C.
1435 Sulphur Spring Road
Baltimore, Maryland 21227
(443) 709 – 9999
Fax (443) 919 - 4207